Certificate Number: 05781-NM-DE-041567221

Bankruptcy Case Number: 26-11078

05781-NM-DE-041567221

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 16, 2026, at 9:27 o'clock AM PDT, Anita Espinosa completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Mexico.

Date: October 16, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President